OLD FARM ROAD, INC., Appellant, v. TOWN OF NEW CASTLE et al., Respondents.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR GLOVER, Appellant.

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur.